In the Matter of the Estate of WALTER FUCHS, Deceased.

Surrogate's Court, New York County, November 26, 1925.

Executors and administrators — proceeding for appointment of adminis-
trator — public administrator, under Surrogate's Court Act, § 118,
subd. 6, par. a, has right superior to persons mentioned in subd. 6,
par. c — Swiss Consul not entitled to letters of administration — order
of preference enumerated in Surrogate's Court Act, § 118, is limited
to individuals holding specified relations.

A public administrator within the meaning of paragraph a of subdivision 6 of
section 118 of the Surrogate's Court Act has a right superior to the persons
mentioned in paragraph c of the same subdivision and designated therein as
" any other person or persons."

Accordingly, in a proceeding for the appointment of an administrator of decedent's
estate, the Swiss Consul is not entitled to letters of administration in preference
to the public administrator, since said official comes within paragraph c of
subdivision 6 of section 118 of the Surrogate's Court Act and is only entitled
to letters when he represents a person or persons entitled to take or share, and
then only if the public administrator renounces letters under his prior right.
The order of preference enumerated in section 118 is limited to the individuals
holding the specified relations and cannot be extended to an agent or attorney
in fact or any other representative such as the Swiss Consul herein.

PROCEEDING for appointment of administrator.

N. Joseph Slicklen, for public administrator.

Henry Escher, in person.

FOLEY, S.   I see no reason to change my former decision herein.
(N. Y. L. J. Sept. 26, 1925.)   The order of preference established
by section 118 of the Surrogate's Court Act (as amd. by Laws of 1925,
chap. 574), subdivision 6, paragraph a, gives the public administra-
tor a right superior to the persons mentioned in paragraph c of sub-
division 6, and described therein as " any other person or persons."
I cited in my former decision Matter of D'Adamo (212 N. Y. 214);
Rocca v. Thompson (223 U. S. 317).   The previous decision in
Matter of Arbuckle (77 Misc. 309) was clearly overruled by these
later cases and by the revision of former section 2660 of the Code
of Civil Procedure into section 2588 of the Code of Civil Pro-
cedure, now embodied in the form of section 118 of the Surrogate's
Court Act.   I hold that the Swiss Consul comes within paragraph
c of subdivision 6, and is only entitled to letters when he represents
a person or persons entitled to take or share and only if the public
administrator renounces letters under his prior right.   The order of
preference enumerated in section 118 is limited to the individuals

MATTER OF THOMPSON.    **91**

Misc. 91]    Surrogate's Court, New York County, November, 1925.

holding the specified relations. It cannot be extended to an agent or attorney in fact or other representative such as the Consul is here. Letters will be denied to the Swiss Consul and will be issued to the public administrator. Submit decree on notice accordingly.